◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HURLEY ROBINSON, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: The court properly denied defendant's motion to suppress physical evidence without holding a hearing *(see,* CPL 710.60 [3] [b]). An affidavit of defendant's counsel which merely contains conclusory allegations that an unconstitutional search had been conducted at the time of defendant's arrest is insufficient to raise a factual issue that would require a hearing *(see,* CPL 710.60 [1]; *People v Reynolds,* 71 NY2d 552, 558; *People v Lofton,* 129 AD2d 970, *lv denied* 70 NY2d 650; *People v Alexander,* 88 AD2d 749;

*People v Reynolds,* 71 AD2d 1008). (Appeal from judgment of Monroe County Court, Maloy, J.—burglary, third degree, and other charges.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.